IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RONALD D. BROWN, Inmate #A15829,   )
                                    )
         Plaintiff,                 )
                                    )
vs.                                 )   CIVIL NO.  06-384-GPM
                                    )
ROGER WALKER, JR., et al.,          )
                                    )
         Defendants.                )

# ORDER

**MURPHY, Chief District Judge:**

Currently pending before the Court are Plaintiff's motions to proceed on the original complaint (Doc. 3) and for appointment of counsel (Doc. 6).

In the motion to proceed on the original complaint, as best the Court can tell, Plaintiff anticipates filing an amended complaint at some point in the future, but asks that the Court make its initial review upon the original complaint already submitted. This motion (Doc. 3) is **GRANTED**. The Court will proceed with its threshold review of the case upon the complaint filed.

Plaintiff also seeks appointment of counsel. Until the Court has completed a preliminary review of the complaint, *see* 28 U.S.C. § 1915A, this request is premature. Therefore, the motion for appointment of counsel (Doc. 6) is **DENIED without prejudice**. Once the Court has completed that preliminary review, Plaintiff may renew his request at that time.

**IT IS SO ORDERED.**

DATED:  02/01/07

                                            s/ G. Patrick Murphy
                                            G. PATRICK MURPHY
                                            Chief United States District Judge