IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **RONALD D. BROWN**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **06-384-GPM** |
| | ) | |
| **ROGER WALKER, JR., et al.**, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's "Motion for Discovery," aimed at securing an address for defendant C/O White, so the U.S. Marshal can effect service of summons and the complaint. **(Doc. 24).**

A review of the record reveals that the Marshal's attempt to obtain a waiver fo service from White was unsuccessful because prison officials needed additional information– more than "C/O White." **(Doc. 14).** Plaintiff now indicates the defendant is "C/O D. White."

**IT IS HEREBY ORDERED** that the subject motion **(Doc. 24)** is **GRANTED**, in that the Court will attempt to secure defendant White's address from the Illinois Department of Corrections. Defendant's addresses will be kept in confidence by both the Marshals Service and the Clerk of Court, and will only be used to effect service and to conduct the usual business of the Court. It remains to be seen whether "D. White" is sufficient to enable the Department of Corrections to sufficiently identify the defendant.

**IT IS FURTHER ORDERED** that for good cause shown, and in accord with *Graham v. Satoski*, 51 F.3d 710 (7th Cir. 1995), on or before **October 7, 2008**, the Illinois Department of

1

Corrections shall provide the U.S. Marshals Service with the last known address of **C/O D. White, who worked at Menard Correctional Center in May 2004**. The U.S. Marshals Service can be contacted at 618-482-9336 to arrange for the orderly conveyance of this information. A Notice of Compliance shall be filed with the Court indicating conveyance of information to the Marshals Service.

 **IT IS FURTHER ORDERED** that the Marshals Service shall reveal these addresses to the Clerk of Court as necessary for the conduct of routine business, otherwise Defendant's addresses shall be retained by the Marshals Service.

 **IT IS FURTHER ORDERED** that the Clerk of Court shall serve copies of this order on the U.S. Marshals for the Southern District of Illinois, as well as the Director of the Illinois Department of Corrections and the Personnel Office of the Illinois Department of Corrections, both at P.O. Box 19277, Springfield, IL 62794-9277.

 **IT IS SO ORDERED.**

 **DATED: September 18, 2008**

                **s/ Clifford J. Proud**
                **CLIFFORD J. PROUD**
                **U. S. MAGISTRATE JUDGE**